EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

BRETT T. EGUSA
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 09 2003

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,    )<br>  )<br>     vs.                   )<br>  )<br>FRANKLIN B. TOLBERT,       )<br>  )<br>  )<br>          Defendant.      )<br>_____) | CR NO. **CR 03-00177 DAE**<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 113(a)(2) and 2111] |

### INDICTMENT

#### COUNT 1

The Grand Jury charges that:

On or about March 29, 2003, in the District of Hawaii, defendant **FRANKLIN B. TOLBERT**, at a place within the special maritime and territorial jurisdiction of the United States, namely Aliamanu Military Reservation, Hawaii, did assault Larry J. Chaney with the intent to commit robbery.

In violation of Title 18, United States Code, Section 113(a)(2).

## COUNT 2

The Grand Jury further charges that:

On or about March 29, 2003, in the District of Hawaii, defendant **FRANKLIN B. TOLBERT**, at a place within the special maritime and territorial jurisdiction of the United States, namely Aliamanu Military Reservation, Hawaii, did by force, violence, and intimidation, take from the person and presence of Larry J. Chaney a thing of value.

In violation of Title 18, United States Code, Section 2111.

DATED: _____4/9_____, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
BRETT T. EGUSA
Special Assistant U.S. Attorney

United States v. FRANKLIN B. TOLBERT
CR. NO.
INDICTMENT