Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
**FOR THE**

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 3 2007

at __1__ o'clock and __10__ min. __√__ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                                    Criminal No. CR 03-00177DAE-01

FRANKLIN B. TOLBERT

On 2/11/2005, the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 26 months of supervision.

Respectfully submitted,

_____ for:
ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 20th day of April, 2007.

_____
DAVID ALAN EZRA
U.S. District Judge